**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY MASON REED, | Case No.: 2:25-cv-00417-APG-DJA |
| Plaintiff | **Order to Seal Motion** |
| v. | [ECF No. 5] |
| THE POKER PALACE, INC. et al., | |
| Defendant | |

Plaintiff Beverly Reed filed a motion entitled "A Speed[y] Court Date" that attached documents containing her personal-data identifiers, including her social security information and bank account numbers. ECF No. 5. That violates Federal Rule of Civil Procedure 5.2 and this court's Local Rule IC 6-1(a). I will seal pages 10-23 of the motion. Ms. Reed is urged to review and comply with the Federal and Local Rules that apply to litigation in this court.

I THEREFORE ORDER the clerk of court to: (1) seal the entirety of ECF No. 5, and (2) file ECF No. 5, pages 1-9 only, as a new docket entry.

DATED this 10th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE