**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Beverly Mason Reed,  Plaintiff,  v.  The Poker Palace,  Defendant. | Case No. 2:25-cv-00417-APG-DJA  **Order** |

Pro se Plaintiff Beverly Mason Reed moves for a "Speed[y] Court Date" in this removed action. (ECF No. 5) (sealed motion); (ECF No. 7) (public motion). Defendant opposes, arguing in part that Plaintiff has yet to initiate the scheduling conference required by Federal Rule of Civil Procedure 26(f) and Nevada Local Rule[1] 26-1. (ECF No. 8). The Court interprets Plaintiff's motions as motions to shorten time and finds that Plaintiff has not shown that she is entitled to that relief in her motions. *See* Nevada Local Rule IA 6-1(d). So the Court denies the motions. The Court informs Plaintiff that, to move her case forward, she must hold a discovery scheduling conference with the Defendant. Federal Rule of Civil Procedure 26(f) and Nevada Local Rule 26-1 outline what the parties must discuss in that conference.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Plaintiff's motions for a "Speed[y] Court Date" (ECF Nos. 5, 7) are **denied.**

**IT IS FURTHER ORDERED** that the parties must hold a discovery scheduling conference and submit a stipulated discovery plan and scheduling order to the Court on or before **July 14, 2025.** Failure to comply with this order may result in the recommended dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: June 12, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE