UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Beverly Mason Reed,<br><br>  Plaintiff,<br><br>  v.<br><br>The Poker Palace,<br><br>  Defendant. | Case No. 2:25-cv-00417-APG-DJA<br><br>**Order** |

Before the Court is pro se Plaintiff Beverly Mason Reed's "amended motion" "seeking a court order…for the production of video…at the Poker Palace..." (ECF No. 15). The Court has already denied Plaintiff's nearly identical request for the Court to order Defendant, The Poker Palace, to produce certain video footage and names and addresses of certain employees. (ECF No. 14). So, the Court denies Plaintiff's renewed request as moot.

Also before the Court is Plaintiff's proposed discovery plan. (ECF No. 16). Plaintiff's proposed discovery period is much shorter than the 180-day discovery period outlined in Local Rule 26-1. However, Plaintiff does not explain why she is seeking such a short discovery period. *See* LR 26-1(a)(explaining that plans requesting special scheduling review must include "a statement of the reasons why longer or different time periods should apply to the case…"). So, the Court denies Plaintiff's proposed discovery plan.

Finally, also before the Court is Defendant's proposed discovery plan. (ECF No. 13). It appears from that discovery plan that Plaintiff and Defendant discussed the deadlines that Defendant proposes, but that Plaintiff did not sign onto the plan. So, the Court will require Plaintiff to file a response to that plan on or before July 28, 2025, explaining whether she agrees with the plan or how and why she disagrees with it.

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 15) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff's proposed discovery plan (ECF No. 16) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff must file a response to Defendant's proposed discovery plan (ECF No. 13) on or before **July 28, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of Defendant's proposed discovery plan (ECF No. 13).

DATED: July 17, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE