1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| Beverly Mason Reed, | Case No. 2:25-cv-00417-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| The Poker Palace, | |
| Defendant. | |

Before the Court is pro se Plaintiff Beverly Mason Reed's motion to compel, titled "discovery requests a subpoe[na]s of proof of." (ECF No. 20). Plaintiff moves the Court to order Defendant The Poker Palace to respond to certain of her discovery requests. However, while Plaintiff attaches emails between her and Defendant's counsel attempting to schedule a meet and confer conference, she does not state whether that conference ever occurred. Local Rule 26-6(c) requires that the movant make a good faith effort to meet and confer and include a declaration "setting forth the details and results of the meet and confer conference about each disputed discovery request." Local Rule IA 1-3(f) requires that a meet and confer be either face to face or via telephone or video conference, not by email or voicemail. Because Plaintiff's motion does not include the required declaration, the Court denies it without prejudice.

Also before the Court is Plaintiff's application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 21). However, the filing fee has already been paid for this case. (ECF No. 1) So, the Court denies Plaintiff's application as moot.

///
///
///

1       **IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 20) is

2    **denied without prejudice.**

3       **IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis*

4    (ECF No. 21) is **denied as moot.**

5       **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff

6    a copy of this order.

8       DATED: October 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE