**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| Beverly Mason Reed, | Case No. 2:25-cv-00417-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| The Poker Palace, Inc., | |
| Defendant. | |

Pro se Plaintiff Beverly Mason Reed moves for a status conference, explaining that she and Defendant reached a settlement in December of 2025, but that Defendant has neither sent her the settlement payment nor responded to her attempts to contact its counsel. (ECF No. 29). Defendant has not responded to the motion, constituting its consent to the Court granting it. *See* LR 7-2(d).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 29) is **granted.**

**IT IS FURTHER ORDERED** that a hearing is set for **March 11, 2026 at 1:30 p.m.** in LV Courtroom 3A before the Honorable Magistrate Judge Daniel J. Albregts.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Plaintiff.

DATED: February 12, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE