GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorneys for Defendant The Poker Palace, Inc.*

# UNITED STATES DISTRICT COURT

## DISTICT OF NEVADA

BEVERLY MASON REED,

                Plaintiff,

  vs.

THE POKER PALACE, INC., and DOES 1 through 10, inclusive, being individuals, entities, or corporations who may be joinly or severally liable with Defendant THE POKER PALACE, INC., for the acts or omissions described herein,

                Defendants.

Case No:  2:25−cv−00417−APG−DJA

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between in pro se Plaintiff Beverly Mason Reed and Defendant The Poker Palace, Inc., by and through its attorneys at Garin Law Group, that the above-entitled action shall be dismissed with prejudice, with each party to bear their own respective attorney's fees and costs.

/ / /

/ / /

/ / /

Page 1 of 2

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

*Mason v. The Poker Palace, Inc.*
Case No:  2:25−cv−00417−APG−DJA

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS SO STIPULATED.

Dated this 22nd of February, 2026.

By: /s/ Beverly Mason Reed

_____
BEVERLY MASON REED
3194 Orangewood Lane
North Las Vegas, NV 89030
Reedbeverly838@gmail.com

*Plaintiff, in Proper Person*

Dated this 23rd  of February, 2026.

GARIN LAW GROUP

By: /s/ Lisa J. Zastrow

_____
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

*Attorneys for Defendant The Poker Palace, Inc*

**ORDER**

Based on the foregoing stipulation by and between the parties, the above-entitled action shall be dismissed with prejudice, with each party to bear their own respective attorney's fees and costs.

IT IS SO ORDERED:

Dated:  February 24, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

GARIN LAW GROUP

By: /s/ Lisa J. Zastrow_____
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

*Attorneys for Defendant The Poker Palace, Inc.*

## Sydney Ochoa

| | |
|---|---|
| **From:** | Beverly Reed <reedbeverly838@gmail.com> |
| **Sent:** | Sunday, February 22, 2026 6:03 PM |
| **To:** | Lisa Zastrow |
| **Subject:** | Re: Dismissal |

Yes, I agree.

On Thu, Feb 19, 2026, 11:52 AM Lisa Zastrow <LZastrow@garinlawgroup.com> wrote:

Ms. Reed - please review and let me know if you have questions.  This is a standard dismissal.   If you approve you can sign and return to me, or reply to this email that we are authorized to e-sign for you and the emails will be attached to the submission to advise the court of your approval.   Thank you - Lisa

Lisa J. Zastrow, Esq.
Garin Law Group

Sent from my iPhone

1